IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| VERONICA SALAZAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | |
| TARGET, INC. [SAN ANGELO], | ) ) | |
| Defendant. | ) ) | Civil Action No. 6:01-CV-044-C |

**JUDGMENT**

On this date the Court granted Defendant's Motion for Summary Judgment. The following judgment is, therefore, entered:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, VERONICA SALAZAR, take nothing as against Defendant, TARGET, INC. All court costs are taxed against Plaintiff.

Dated this 7th day of June, 2002.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

20